## AMENDED RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 24-CV-21713

Plaintiff:
**JESUS GONZALEZ, an individual,**

vs.

Defendant:
**DUKARMO, INC. a Florida corporation,**

For:
Nolan Klein, Esq.
LAW OFFICES OF NOLAN KLEIN, P.A.
5550 Glades Road
Ste. 500
Boca Raton, FL 33316



JGS2024008693

Received by COURTESY FLORIDA PROCESS SERVERS on the 24th day of May, 2024 at 5:00 pm to be served on **DUKARMO, INC. c/o registered agent: Maccagno, Mark, 8250 NE 10 Avenue, Miami, FL 33138**.

I, CARLOS PARDO, do hereby affirm that on the **7th day of August, 2024** at **5:50 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MARIA DO CARMO AMARAL** as **Vt / Vice President** for **DUKARMO, INC.**, at the alternate address of: **1701 W. Flagler Street, Suite 101, Miami, FL 33135**, and informed said person of the contents therein, in compliance with state statutes.

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**CARLOS PARDO**
CPS #1056

**COURTESY FLORIDA PROCESS SERVERS**
**Payment Center**
**P.O. Box 40-3621**
**Miami Beach, FL 33140**
**(888) 319-2205**

Our Job Serial Number: JGS-2024008693

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a